

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00603-CR

Santos **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3525
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we VACATE the judgment of the trial court on Count II of the indictment and DISMISS that count. We AFFIRM the judgments of the trial court on Counts I and IV of the indictment.

SIGNED July 6, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice